THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 6, 2017



Brett H. Ludwig
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN (MILWAUKEE)

In Re:   Gonzalo Arellano Espinoza
         aka Gonzalo Arellano

                                       Case No. 17-28484-bhl
                                       Chapter  13
         Debtor.

**ORDER ON MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY and ABANDONMENT**

Debtor filed a Petition for Relief under 11 U.S.C. Chapter 13 on August 29, 2017.

Mitchell Bank (hereinafter "Creditor") is a secured creditor and a party in interest herein, by virtue of a Note and Mortgage, which mortgage encumbers real property located at 720 South 90th Street, West Allis, Wisconsin 53214 (the "Property.")

Creditor filed a Motion for Relief from Automatic Stay and Co-Debtor Stay and Abandonment, and the Motion was heard on October 31, 2017, by the Honorable Brett H. Ludwig, U.S. Bankruptcy Judge. The Debtor appeared by his attorney, Jonathan Mas, and the Creditor appeared by its attorney, Penny G. Gentges, and the Trustee appeared by his attorney, Sandra Baner. For the reasons stated on the record,

IT IS ORDERED that the motion is denied, subject to the following conditions:

1. The Debtor shall pay to Creditor the September 1, 2017 and October 1, 2017 post-petition mortgage payments in the total sum of $2,352.82, so that the Creditor receives them on or before November 14, 2017. The Debtor must also provide to Creditor proof that the Property is insured in accordance with the terms of the

Note and Mortgage, which proof shall be provided on or before November 14, 2017.

    2. The Debtor has filed a motion seeking approval of a proposed sale of the Property. The sale shall close, and the Creditor shall be paid in full, on or before November 30, 2017.

    3. In the event the Debtor fails to comply with any term of this Order, Creditor may apply to the Court *ex parte* for relief from the automatic stay, co-debtor stay and abandonment, as follows: (1) counsel for the Creditor shall file with the Court written confirmation of the default; (2) counsel for the Creditor shall file with the Court a proposed order; and (3) counsel for the Creditor shall promptly mail to the Debtor a copy of all items filed with the Court.

    #####